NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3038

STEPHANIE S.K.C. TOYAMA,

Petitioner,

v.

Michael O. Leavitt, SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. SE0752030358-M-1.

ON MOTION

## ORDER

Upon consideration of the petitioner's unopposed motion for an extension of time, until March 15, 2010, to file her opening brief,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

MAR 03 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Stephanie S.K.C. Toyama
Eric Bruskin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2010

JAN HORBALY
CLERK